UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CESAR GONZAEZ, JR.

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

CASE NO: 5-17-04916-RNO

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 15, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on November 29, 2017.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   - **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
   - **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
   - **CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

    Respectfully submitted,
    s/ <u>Charles J. DeHart, III</u>
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CESAR GONZAEZ, JR.                    CHAPTER 13

                                               CASE NO: 5-17-04916-RNO

## NOTICE

The debtor(s) filed a Chapter13 Bankruptcy Petition on November 29, 2017.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

>   Date:       **February 9, 2018**
>   Time:       **09:30 AM**
>   Location:   **U.S. Bankruptcy Court**
>               **Max Rosenn U.S. Courthouse**
>               **Courtroom #2**
>               **197 S. Main Street**
>               **Wilkes Barre, PA**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **December 29, 2017**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                               Respectfully submitted,
                                               s/ Charles J. DeHart, III
                                               Standing Chapter 13 Trustee
                                               8125 Adams Drive, Suite A
                                               Hummelstown, PA  17036

Dated:  December 15, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CESAR GONZAEZ, JR.

              Debtor(s)

CHAPTER 13

CASE NO: 5-17-04916-RNO

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on December 15, 2017.

JOHN CAFFESE, ESQUIRE
803 MAIN STREET
STROUDSBURG, PA  18360-1601

CESAR GONZAEZ, JR.
164 HORSESHOE DR.
EFFORT, PA  18330-7758

                          Respectfully submitted,
                          s/  Vickie Williams
                          for Charles J. DeHart, III, Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA  17036

Dated:  December 15, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CESAR GONZAEZ, JR.

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

    Movant

CASE NO: 5-17-04916-RNO

vs.

CESAR GONZAEZ, JR.

MOTION TO DISMISS

    Respondent(s)

**ORDER DISMISSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.