```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04916-RNO
Cesar Gonzaez, Jr.                                                  Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Dec 28, 2017
                              Form ID: ntnew341        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
```
db              Cesar Gonzaez, Jr.,    164 Horseshoe Dr,    Effort, PA  18330-7758
4997042         Bsi Financial Services,    314 S Franklin St,    Titusville, PA  16354-2168
4997041         Caffese Law Firm,    803 Main St,    Stroudsburg, PA  18360-1601
4997044         Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY  11766-2037
4997045         Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ  08054-7388
4997040         Gonzaez Cesar Jr,    164 Horseshoe Dr,    Effort, PA  18330-7758
4997046         Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX  75019-4620
4997051        ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court:  Wfhm,    8480 Stagecoach Cir,    Frederick, MD  21701-4747)
4997050         Wells Fargo,    PO Box 14411,    Des Moines, IA  50306-3411
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bkteam@selenefinance.com Dec 28 2017 18:54:38
                 MTGLQ Investors, L.P. c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,
                 Houston, TX  77042-4546
4997043         E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 28 2017 18:55:00      Caliber Home Loans, In,
                 13801 Wireless Way,    Oklahoma City, OK  73134-2500
4997047         Fax: 407-737-5634 Dec 28 2017 19:01:13      Ocwen Loan Servicing, LLC,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Beach, FL  33409-6493
4997049         E-mail/Text: jennifer.chacon@spservicing.com Dec 28 2017 18:55:00      SPS Servicing,
                 PO Box 65250,    Salt Lake City, UT  84165-0250
4997048         E-mail/Text: bkteam@selenefinance.com Dec 28 2017 18:54:37      Selene Finance,
                 9990 Richmond Ave Ste 400,    Houston, TX  77042-4546
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    HSBC BANK USA ETAL jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John Robert Caffese    on behalf of Debtor 1 Cesar Gonzaez, Jr. ecf@jrcfirm.com,
               kevin@jrcfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Cesar Gonzaez Jr.
Debtor(s)

Chapter 13

Case No. 5:17−bk−04916−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: March 5, 2018 |
| --- | --- |
| | Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 28, 2017 |