**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

IN RE:                                      Case No. 17-04916-RNO
                                            Chapter 13
CESAR GONZALEZ, JR.

Debtor(s).

## NOTICE OF APPEARANCE

**Pelican Portfolios, LLC**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Steven Kelly, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

Dated this 3rd day of January, 2018.

                                   By:    _/s/  Steven Kelly, Esquire_
                                          Steven Kelly, Esquire, Bar No: 308573
                                          Stern & Eisenberg, PC
                                          1581 Main Street, Suite 200
                                          The Shops at Valley Square
                                          Warrington, PA 18976
                                          Phone: (215) 572-8111
                                          Fax: (215) 572-5025
                                          skelly@sterneisenberg.com
                                          Attorney for Creditor

---

1   Full title of Creditor is as follows: Pelican Portfolios, LLC.
2   This Loan is currently serviced by BSI Financial Services, Inc.
3   For reference, the property address associated with the undersigned's representation is D-171 Briarcliff Terrace, Tobyhanna, PA 18466.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 3rd day of January, 2018, to the following:

John Robert Caffese
Caffese Law Firm, LLC
803 Main Street
Stroudsburg, PA 18360-1601
ecf@jrcfirm.com
*Attorney for Debtor(s)*

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter13 Trustee*

United States Trustee
Office of the U.S. Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Cesar Gonzalez, Jr.
164 Horseshoe Dr
Effort, PA 18330-7758
*Debtor(s)*

Dated this 3rd day of January, 2018.

By: _/s/      Jenna Kasman_____
    Jenna Kasman, Legal Assistant
    Stern & Eisenberg, PC
    1581 Main Street, Suite 200
    The Shops at Valley Square
    Warrington, PA 18976
    Phone: (215) 572-8111
    Fax: (215) 572-5025
    jkasman@sterneisenberg.com