```
                            United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 17-04916-RNO
Cesar Gonzaez, Jr.                                                  Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
```

District/off: 0314-5          User: MMchugh              Page 1 of 1              Date Rcvd: Jan 03, 2018
                              Form ID: ordsmiss          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
```
db             Cesar Gonzaez, Jr.,    164 Horseshoe Dr,    Effort, PA  18330-7758
cr            +Pelican Portfolios, LLC,    c/o Stern & Eisenberg,    1581 Main Street, Suite 200,
               Warrington, PA 18976-3400
4997042        Bsi Financial Services,    314 S Franklin St,    Titusville, PA  16354-2168
4997041        Caffese Law Firm,    803 Main St,    Stroudsburg, PA  18360-1601
4997044        Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY  11766-2037
4997045        Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ  08054-7388
4997040        Gonzaez Cesar Jr,    164 Horseshoe Dr,    Effort, PA  18330-7758
4997046        Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
               Coppell, TX  75019-4620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: bkteam@selenefinance.com Jan 03 2018 18:46:36
               MTGLQ Investors, L.P. c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,
               Houston, TX 77042-4546
4997043        E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 03 2018 18:46:50     Caliber Home Loans, In,
               13801 Wireless Way,    Oklahoma City, OK  73134-2500
4997047        Fax: 407-737-5634 Jan 03 2018 19:07:00      Ocwen Loan Servicing, LLC,
               Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Beach, FL  33409-6493
4997049        E-mail/Text: jennifer.chacon@spservicing.com Jan 03 2018 18:46:51     SPS Servicing,
               PO Box 65250,    Salt Lake City, UT  84165-0250
4997048        E-mail/Text: bkteam@selenefinance.com Jan 03 2018 18:46:35     Selene Finance,
               9990 Richmond Ave Ste 400,    Houston, TX  77042-4546
4997051        EDI: WFFC.COM Jan 03 2018 22:58:00      Wfhm,    8480 Stagecoach Cir,    Frederick, MD  21701-4747
4997050        EDI: WFFC.COM Jan 03 2018 22:58:00      Wells Fargo,    PO Box 14411,
               Des Moines, IA  50306-3411
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    HSBC BANK USA ETAL jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John Robert Caffese    on behalf of Debtor 1 Cesar Gonzaez, Jr. ecf@jrcfirm.com,
               kevin@jrcfirm.com
              Steven P. Kelly    on behalf of Creditor    Pelican Portfolios, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Cesar Gonzaez Jr.<br>**Debtor(s)** | Chapter 13 |
| | Case No. 5:17−bk−04916−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: January 3, 2018

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk