```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04916-RNO
Cesar Gonzaez, Jr.                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: REshelman    Page 1 of 1    Date Rcvd: Jan 09, 2018
                          Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2018.
db         Cesar Gonzaez, Jr.,   164 Horseshoe Dr,   Effort, PA  18330-7758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese   on behalf of Creditor   Wells Fargo Bank, N.A., as Servicer for HSBC Bank USA, et
               al... harry.reese@pkjllc.com,
              chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
              James Warmbrodt   on behalf of Creditor   Select Portfolio Servicing, Inc.
              bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin   on behalf of Creditor   HSBC BANK USA ETAL jill@pkjllc.com,
              chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill Manuel-Coughlin   on behalf of Creditor   Wells Fargo Bank, N.A., as Servicer for HSBC Bank
               USA, et al... jill@pkjllc.com,
              chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John Robert Caffese   on behalf of Debtor 1 Cesar Gonzaez, Jr. ecf@jrcfirm.com,
               kevin@jrcfirm.com
              Steven P. Kelly   on behalf of Creditor   Pelican Portfolios, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                         TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CESAR GONZALEZ, JR. | Chapter: | 13 |
| Debtor(s) | Case No.: | 1-17-bk-04916 RNO |
| WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, HOME EQUITY ASSET-BACKED CERTIFICATES SERIES 2007-1 | | |
| Movant(s) | Document No.: | 21 |
| vs. | | |
| CESAR GONZALEZ, JR AND CHARLES J. DEHART, III, ESQUIRE | Nature of Proceeding: | Expedited Motion to Reinstate Case (Expedited Motion to Temporarily Reopen Bankruptcy Case) |
| Respondent(s) | | |

## AMENDED ORDER

After due consideration of the Expedited Motion to Temporarily Reopen Bankruptcy Case ("Motion") at Docket No. 21, the Court finds:

1. The case was dismissed, based upon the Chapter 13 Trustee's motion on January 3, 2018, at Docket No. 19.

2. The underlying Motion for Relief from Stay was filed later on January 3, 2018, at Docket No. 20.

Based upon the above findings it is ORDERED that the Motion is denied for a lack of cause for expedited consideration and

FURTHER ORDERED that the denial is without prejudice to the Movant seeking to reopen the case pursuant to section 350 of the Bankruptcy Code.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge
(MB)

Dated: January 9, 2018