```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-04916-RNO
Cesar Gonzaez, Jr.                                              Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
```

District/off: 0314-5        User: REshelman        Page 1 of 1        Date Rcvd: Jan 23, 2018
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2018.
db             Cesar Gonzaez, Jr.,    164 Horseshoe Dr,    Effort, PA   18330-7758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor   Wells Fargo Bank, N.A., as Servicer for HSBC Bank USA, et
               al... harry.reese@pkjllc.com,
                chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
              James Warmbrodt    on behalf of Creditor   Select Portfolio Servicing, Inc.
               bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor   HSBC BANK USA ETAL jill@pkjllc.com,
                chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor   Wells Fargo Bank, N.A., as Servicer for HSBC Bank
               USA, et al... jill@pkjllc.com,
                chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John Robert Caffese    on behalf of Debtor 1 Cesar  Gonzaez, Jr. ecf@jrcfirm.com,
               kevin@jrcfirm.com
              Steven P. Kelly    on behalf of Creditor   Pelican Portfolios, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Cesar Gonzalez, Jr.<br>　　　　　　　　　Debtor | Case No. 17-04916 RNO |
| WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, HOME EQUITY ASSET-BACKED CERTIFICATES SERIES 2007-1<br>　　　　　　　　　Movant<br>　　　　　v.<br>Cesar Gonzalez, Jr.<br>and<br>Charles J. DeHart, III, Esquire<br>　　　　　　　　　Respondents | Chapter 13 |

**ORDER GRANTING MOTION TO TEMPORARILY
REOPEN BANKRUPTCY CASE #17-04916 RNO AND RE-LIST MOTION FOR
PROSPECTIVE IN-REM RELIEF FILED AT DOCKET # 20**

Upon consideration of WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, HOME EQUITY ASSET-BACKED CERTIFICATES SERIES 2007-1's Motion to Reopen Bankruptcy Case #17-04916 RNO, it is hereby;

ORDERED that the 1/3/2018 Order Dismissing Bankruptcy Case #17-04916 RNO is temporarily VACATED so that a hearing may be held on Movant's Motion for Prospective In-Rem Relief filed at Docket #20. This Bankruptcy case shall thereafter be closed after disposition on the Motion docketed at #20; and,

FURTHER ORDERED that Movant, Wells Fargo Bank, N.A., shall re-notice the Motion for Relief from Automatic Stay with a new objection and hearing date within five (5) days of the date of this Order or the Clerk is directed to re-close this case without further notice.

Dated: January 23, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)