# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Cesar Gonzalez, Jr.<br><div align="right">Debtor</div><br>WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, HOME EQUITY ASSET-BACKED CERTIFICATES SERIES 2007-1<br><div align="right">Movant</div><br>v.<br>Cesar Gonzalez, Jr. and<br>Charles J. DeHart, III, Esquire<br><div align="right">Respondents</div> | 17-04916 RNO<br><br>Chapter 13 Proceeding<br><br>Hearing Date: 2/1/2018 at 9:30am |

## CERTIFICATE OF NO RESPONSE
## TO MOTION FOR RELIEF

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 3, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **2/6/2018**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                            Respectfully submitted,
                                            POWERS KIRN &ASSOCIATES, LLC

By:     **/s/ Jill Manuel-Coughlin, Esquire**
            By: Jill Manuel-Coughlin
            Attorney ID #     63252
            Eight Neshaminy Interplex, Suite 215
            Trevose, PA 19053
            Telephone: 215-942-2090
            Facsimile: 215-942-8661
            E-mail: Jill@pkallc.com
            Attorney for Movant
            DATED: February 7, 2018

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Cesar Gonzalez, Jr.<br><br>                           Debtor<br><br>WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, HOME EQUITY ASSET-BACKED CERTIFICATES SERIES 2007-1<br>                           Movant<br>v.<br>Cesar Gonzalez, Jr. and<br>Charles J. DeHart, III, Esquire<br>                          Respondents | 17-04916 RNO<br><br>Chapter 13 Proceeding<br><br>Hearing Date: 02/01/2018 at 9:30am |

**CERTIFICATION OF SERVICE AND NOTICE**

JILL MANUEL-COUGHLIN, counsel for WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, HOME EQUITY ASSET-BACKED CERTIFICATES SERIES 2007, hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on February 7, 2018:

*Served Electronically*:

| | |
|---|---|
| John Robert Caffese, Esquire<br>Caffese Law Firm, LLC<br>803 Main Street<br>Stroudsburg, PA 18360<br>Attorney for Debtor(s)<br>(VIA ECF) | Charles J. DeHart, III, Esquire<br>8125 Adams Drive, Suite A<br>Hummelstown PA 17036<br>Trustee<br>(VIA ECF) |

*Served Via 1st Class Mail:*

Cesar Gonzalez, Jr.
164 Horseshoe Drive
Effort PA 18330
Debtor

                                              POWERS KIRN & ASSOCIATES, LLC

                                              By: **/s/ Jill Manuel-Coughlin, Esquire**
                                              By: Jill Manuel-Coughlin
                                              Attorney ID #  63252
                                              Eight Neshaminy Interplex, Suite 215
                                              Trevose, PA 19053
                                              Telephone: 215-942-2090
                                              Facsimile: 215-942-8661
                                              E-mail: Jill@pkallc.com
                                              Attorney for Movant