```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 17-04916-RNO
Cesar Gonzaez, Jr.                                               Chapter 13
        Debtor                 CERTIFICATE OF NOTICE
District/off: 0314-5    User: REshelman         Page 1 of 1         Date Rcvd: Feb 13, 2018
                        Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db         Cesar Gonzaez, Jr.,   164 Horseshoe Dr,   Effort, PA 18330-7758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor   Wells Fargo Bank, N.A., as Servicer for HSBC Bank USA, et
               al... harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
              James Warmbrodt    on behalf of Creditor   Select Portfolio Servicing, Inc.
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   HSBC Bank USA, National Association, As Trustee et al
               pamb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor   Wells Fargo Bank, N.A., as Servicer for HSBC Bank
               USA, et al... jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor   HSBC BANK USA ETAL jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John Robert Caffese    on behalf of Debtor 1 Cesar  Gonzaez, Jr. ecf@jrcfirm.com,
               kevin@jrcfirm.com
              Steven P. Kelly    on behalf of Creditor   Pelican Portfolios, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| CESAR GONZALEZ, JR. | | Chapter: | 13 |
| | Debtor(s) | Case No.: | 5-17-bk-04916 RNO |
| WELLS FARGO BANK, N.A., AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION HOME EQUITY ASSET-BACKED CERTIFICATES SERIES 2007-1 | | | |
| | Movant(s) | Document No.: | 20 |
| vs. | | | |
| CESAR GONZALEZ, JR. CHARLES J. DEHART, III, ESQUIRE | | Nature of Proceeding: | Motion for Relief from Automatic Stay |
| | Respondent(s) | | |

## ORDER

After due consideration of the Motion of Wells Fargo Bank, N.A., as Servicing Agent for HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Home Equity Asset-Backed Certificates Series 2007-1 (the "Movant") for Prospective In-Rem Relief from the Automatic Stay ("Motion"), it is hereby

ORDERED that the automatic stay of all proceedings, as provided under § 362 of the Bankruptcy Code is modified with respect to the premises located at **1487 Clover Road, FKA 5712 North Clover Road, Long Pond, PA, 18334** (the "Property"), said premises is more particularly described in the mortgage underlying the Motion. The automatic stay is modified to

allow the Movant, its successors or assigns, to take or continue any legal or consensual action for enforcement of its right to possession of the Property; and,

FURTHER ORDERED that any future bankruptcy case filed by the Debtor, his successors, assigns or any other occupants of the Property, filed within two (2) years of this Order, will not operate as a stay of any actions taken by the Movant, its successors or assigns for enforcement of its right to possession of the premises; and,

FURTHER ORDERED that the Recorder of Deeds for Monroe County, Pennsylvania is hereby directed to allow for the recording of this Order, pursuant to 11 U.S.C. § 362(d)(4); and,

FURTHER ORDERED that if this Order is recorded in the above manner, it shall be binding in any bankruptcy case filed not later than two (2) years after the entry of this Order; and,

FURTHER ORDERED that the relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code; and,

FURTHER ORDERED that the relief granted by this Order shall be immediately effective and shall not be subject to the fourteen (14) day period set forth in F.R.B.P. 4001(a)(3).

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

February 13, 2018