```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-04916-RNO
Cesar Gonzaez, Jr.                                                  Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 2          Date Rcvd: Mar 05, 2018
                              Form ID: pdf010          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2018.
```
db              Cesar Gonzaez, Jr.,    164 Horseshoe Dr,   Effort, PA 18330-7758
cr             +Pelican Portfolios, LLC,    c/o Stern & Eisenberg,   1581 Main Street, Suite 200,
                 Warrington, PA 18976-3400
4997042         Bsi Financial Services,    314 S Franklin St,   Titusville, PA 16354-2168
4997041         Caffese Law Firm,    803 Main St,   Stroudsburg, PA 18360-1601
4997044         Ctech Coll,   5505 Nesconset Hwy,   Mount Sinai, NY 11766-2037
4997045         Financial Recoveries,    PO Box 1388,   Mount Laurel, NJ 08054-7388
4997040         Gonzaez Cesar Jr,    164 Horseshoe Dr,   Effort, PA 18330-7758
5019616         HSBC Bank USA, et al,    c/o Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y,
                 1000 Blue Gentian Road,   Eagan MN 55121-7700
4997046         Nationstar Mortgage LLC,    Attn: Bankruptcy,   8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
4997051        ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                (address filed with court: Wfhm,   8480 Stagecoach Cir,   Frederick, MD 21701-4747)
4997050         Wells Fargo,   PO Box 14411,   Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bkteam@selenefinance.com Mar 05 2018 18:51:49
                 MTGLQ Investors, L.P. c/o Selene Finance LP,   9990 Richmond Avenue,   Suite 400 South,
                 Houston, TX 77042-4546
4997043         E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 05 2018 18:52:09      Caliber Home Loans, In,
                 13801 Wireless Way,   Oklahoma City, OK 73134-2500
4997047         Fax: 407-737-5634 Mar 05 2018 19:03:34      Ocwen Loan Servicing, LLC,
                 Attn: Research/Bankruptcy,   1661 Worthington Rd Ste 100,   West Palm Beach, FL 33409-6493
4997049         E-mail/Text: jennifer.chacon@spservicing.com Mar 05 2018 18:52:09      SPS Servicing,
                 PO Box 65250,   Salt Lake City, UT 84165-0250
4997048         E-mail/Text: bkteam@selenefinance.com Mar 05 2018 18:51:49      Selene Finance,
                 9990 Richmond Ave Ste 400,   Houston, TX 77042-4546
5019173         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 05 2018 18:55:20      Verizon,
                 by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK 73124-8838
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese   on behalf of Creditor    Wells Fargo Bank, N.A., as Servicer for HSBC Bank USA, et
               al... harry.reese@pkjllc.com,
                chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
              James Warmbrodt    on behalf of Creditor   Select Portfolio Servicing, Inc.
               bkgroup@kmllawgroup.com
              Jerome B Blank   on behalf of Creditor    HSBC Bank USA, National Association, As Trustee et al
               pamb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor   HSBC BANK USA ETAL jill@pkjllc.com,
                chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Jill Manuel-Coughlin   on behalf of Creditor   Wells Fargo Bank, N.A., as Servicer for HSBC Bank USA, et al... jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com

         John Robert Caffese   on behalf of Debtor 1 Cesar Gonzaez, Jr. ecf@jrcfirm.com, kevin@jrcfirm.com

         Steven P. Kelly   on behalf of Creditor   Pelican Portfolios, LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

         United States Trustee   ustpregion03.ha.ecf@usdoj.gov

         TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Cesar Gonzaez, Jr.** | Chapter: 13 |
| Debtor(s) | Case No.: 5:17-bk-04916-RNO |
| **Charles J DeHart, III (Trustee)** | |
| vs. Movant(s) | |
| **Cesar Gonzaez, Jr.** | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case and it having been determined after notice and no response that the case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

March 5, 2018

Order Dismissing Case with Parties - Revised 9/17